**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA

v. Criminal No. 15-325 (JNE/SER)

DONTA BROWN

UNITED STATES OF AMERICA,

v. Criminal No. 15-294(RHK/FLN)

LAQUANDRE GREER

UNITED STATES OF AMERICA

v. Criminal No. 14-364(RHK/FLN)

VELTREZ BLACK, ET AL

**NOTICE TO THE COURT OF POSSIBLE RELATED CASES**

The undersigned attorney hereby notifies the Court and counsel that the above-captioned cases are related for the following reasons:

■ The cases stem from an investigation of a common organization; e.g., a particular gang, corporation, financial institution, etc., and the cases involve common personnel and/or factual scenarios.

Dated: December 9, 2015

Respectfully submitted,

ANDREW M. LUGER
United States Attorney

s/Jeffrey S. Paulsen
BY: JEFFREY S. PAULSEN
Assistant United States Attorney
Attorney ID No. 144332